AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Electronic devices listed and further described in Attachment A,<br>incorporated by reference. | )<br>)<br>) Case No.   5:13-MJ-265<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     __Northern__     District of     __New York__
*(identify the person or describe the property to be searched and give its location)*:
Electronic devices listed and further described in Attachment A, incorporated by reference.  This warrant is in addition to the warrant previously authorized by the Court on May 24, 2013 for the same media.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     __July 1, 2013__
                                                                                                                    *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.        ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Hon. Therese Wiley Dancks__                                    .
                   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                           ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   __6/17/13__                    _____
                                                                                                          *Judge's Signature*

City and state:   __Syracuse, New York__                    __Hon. Therese Wiley Dancks, U.S. Magistrate Judge__
                                                                                                          *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 5:13-MJ-265 | Date and time warrant executed: 6/17/13 - 5:00p | Copy of warrant and inventory left with: A. MARTINO |

Inventory made in the presence of: ANTHONY MARTINO

Inventory of the property taken and name of any person(s) seized:

— FORENSIC ANALYSIS OF COMPUTER HARDRIVES & ELECTRONIC EQUIPMENT AUTHORIZED IN THIS WARRANT CONTINUES

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7-18-13

_Executing officer's signature_

MICHAEL McCOLG, SPECIAL AGENT
_Printed name and title_

## ATTACHMENT A
## ITEMS TO BE SEARCHED

The following electronic devices, currently in the custody of the Northeast Cyber Forensic Center, Utica, NY. The items were initially seized by the Oswego County Sheriff's Department, 39 Churchill Road, Oswego, NY and stored in the evidence control systems of the Oswego County Sherriff's Department. The items are identified by an Oswego County Sheriff's Department evidence control number.

1) HP pavilion DV2500 laptop black in color s/n 2CE8081GVM. This item is secured in the evidence control system of the Oswego County Sherriff's Department as item # 1-13-8945;

2) HP 2000 laptop blue in color s/n 5CG2522ZWB. This item is secured in the evidence control system of the Oswego County Sherriff's Department as item # 2-13-8945;

3) A white computer tower with an unknown make or serial number. The tower bears an adhesive sticker on the back which reads "emachines." This item is secured in the evidence control system of the Oswego County Sherriff's Department as item # 18-13-8945;

4) A Blackberry Torch mobile telephone, white in color with an AT&T cell phone touch screen slider. This item is secured in the evidence control system of the Oswego County Sherriff's Department as item # 6-13-8945;

5) A Samsung slider mobile telephone, with serial number RU8Z748140J. This item is secured in the evidence control system of the Oswego County Sherriff's Department as item # 10-13-8945;

6) A Samsung T Mobile flip phone bearing serial number RU9P793645Y. This item is secured in the evidence control system of the Oswego County Sherriff's Department as item # 10-13-8945;

7) A Samsung AT&T flip phone bearing serial number RQ3QA33819B. This item is secured in the evidence control system of the Oswego County Sherriff's Department as item # 10-13-8945;

8) Two SIM cards for AT&T mobile telephone, unknown serial numbers. These items are secured in the evidence control system of the Oswego County Sherriff's Department as item #10-13-8945;

9) A Samsung computer hard drive, orange in color, bearing serial number 2GEZ1J1J. This item is secured in the evidence control system of the Oswego County Sherriff's Department as item item # 6-13-9708

Items number five through ten all bear the same Oswego County Sherriff's Department evidence control items number as they are stored in the same evidence bag.

## ATTACHMENT B
## ITEMS TO BE SEIZED

**Items evidencing violations of Title 18, United States Code, Sections 2252 and 2252A** (receiving, distributing, and possessing child pornography), including, without limitation:

1. Computer passwords and data security devices, meaning any devices, programs, or data that can be used or are designed to be used to restrict access to, or to facilitate concealment of, any computer hardware, computer software, computer-related documentation, or electronic data records. Such items include, but are not limited to, data security hardware (such as encryption devices, chips, and circuit boards); passwords; data security software or information (such as test keys and encryption codes); and similar information that is required to access computer programs or data or to otherwise render programs or data into usable form.

2. Any records or documents pertaining to accounts held with Internet Service Providers or of Internet use.

3. Computer records and evidence identifying who the particular user was who received, distributed, downloaded, accessed, viewed, or possessed any child pornography found on any computer or computer media.

4. Any and all visual depictions of minors, including, but not limited to, sexually explicit images of minors as defined in Title 18, United States Code, Section 2256.

5. Any and all records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256.

6. Any and all child erotica, including photographs of children that are not sexually explicit, drawings, sketches, fantasy writings, and notes relating to a sexual interest in minors.

7. Records of address or identifying information for the user of the items to be searched, and any personal or business contacts or associates of his, (however and wherever written, stored, or maintained), including contact lists, buddy lists, email lists, ICQ addresses, IRC names (a.k.a., "Nics"), user IDs, eIDs (electronic ID numbers), and passwords (**evidence of attribution**).

8. This authorization includes the search of electronic data to include deleted data, remnant data and slack space. It also authorizes, if necessary, the search for and/or use of computer passwords and any devices, programs, or data -- whether themselves in the nature of hardware or software -- that may be required to access computer programs or data or to otherwise render programs or data into usable form. The search of electronic media will be conducted in accordance with the affidavit submitted in support of this warrant.